IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| KATHRYN HARDENBERGER, | |
|---|---|
| Plaintiff, | 4:14CV3249 |
| vs. | |
| NASH FINCH CO., | AMENDED PROGRESSION ORDER |
| Defendant. | |

IT IS ORDERED that the progression order is amended as follows:

1) A telephonic conference with the undersigned magistrate judge will be held on May 31, 2016 at **10:30 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

2) The deposition deadline is May 11, 2016.

3) The deadline for filing motions to dismiss and motions for summary judgment is June 8, 2016.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is June 8, 2016.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

March 8, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge